# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL FLORES, ) | CV F 02 5296 WMW HC |
| ) | |
| Petitioner, ) | ORDER DENYING MOTION FOR |
| ) | CERTIFICATE OF APPEALABILITY |
| v. ) | |
| ) | [Doc. 35] |
| E. ROE, Warden, ) | |
| ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge. On June 15, 2005, the undersigned issued a Memorandum Opinion and Order denying the petition for writ of habeas corpus.

On July 18, 2005, Petitioner filed an application for a certificate of appealability. The controlling statute, 28 U.S.C. § 2253, provides as follows:

> (a) In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.
> (b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person

<70>

charged with a criminal offense against the United States, or to test the validity of such person's detention pending removal proceedings.
(c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from--
(A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court;  or
(B) the final order in a proceeding under section 2255.
(2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.
(3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

In the present case, the court finds that Petitioner has failed to carry his burden of making a substantial showing of the denial of a constitutional right.  Accordingly, Petitioner's request for a certificate of appealability is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:     July 20, 2005**              /s/  **William M. Wunderlich**
bl0dc4                                              UNITED STATES MAGISTRATE JUDGE